UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAMES STEPHENS, | ) |
| Petitioner, | ) |
| v. | ) No. 2:23-cv-00376-JPH-MKK |
| TRICIA PRETORIUS, | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The petitioner's petition for writ of habeas corpus is dismissed for lack of jurisdiction.

Date: 8/16/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _*Pam Pope*_
Deputy Clerk, U.S. District Court

Distribution:

JAMES STEPHENS
46135
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only